# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–10065–mkn</u>
**Chapter 7**

In re: (Name of Debtor)
   FRANK TINOCO                                    COLOMBIA TINOCO
   7399 CHROME HILL STREET         7399 CHROME HILL STREET
   LAS VEGAS, NV 89139–5381         LAS VEGAS, NV 89139–5381

Social Security No.:
   xxx–xx–8870                                           xxx–xx–0183

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 4/15/11                                                    BY THE COURT

                                                                *Mary A. Schott*

                                                                Mary A. Schott
                                                                Clerk of the Bankruptcy Court